IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBECCA BYBEE,

      Plaintiff

v                                    Civil C-1-01-623

PROCTER & GAMBLE,

      Defendant.

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Status Conference on Tuesday, May 25, 2004 at 2:00 p.m.

**IT IS SO ORDERED.**

                        **_____s/Herman J. Weber_____**
                          Herman J. Weber, Senior Judge
                            United States District Court

*Rev.5/01*