UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATUS CONFERENCE**

BYBEE

v                                                                    Civil: C-01-623

P&G

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury

-------------------------------------------------------------------------------------------------------

**Appearances:** C. Grayson for Pltf. , J. Orr for Deft.


Case called for a Status Conference. Conference held in Chambers. Matter recessed to 6/21/04 at 1:30 p.m. Order to issue.


Date: May 24, 2004
TIME: 3:30 p.m.. -3:55 p.m.