UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBECCA BYBEE,

    Plaintiff,

    v.                                         C-1-01-623

PROCTER & GAMBLE COMPANY,

    Defendant.

## ORDER

The status conference held on May 24, 2004 is continued to **Monday, June 21, 2004 at 1:30 p.m.**

**IT IS SO ORDERED.**

_____
HERMAN J. WEBER
SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-623sched.wpd

1