FILED
JAMES BONINI
CLERK

04 JUN -2 PM 4: 15

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| REBECCA BYBEE, | : | Case No. C-1-01-623 |
| | : | |
| Plaintiff, | : | Judge Weber |
| | : | |
| vs. | : | Magistrate Judge Hogan |
| | : | |
| THE PROCTER & GAMBLE COMPANY, et al., | : : : | JOINT NOTICE OF FILING UNDER SEAL: 1) PLAN DOCUMENTS AND |
| Defendants. | : | 2) ADMINISTRATIVE RECORD |

The parties jointly file the following documents with this Court, under seal, pursuant to the Stipulated Protective Order entered September 20, 2002 and this Court's request made at the Status Conference held in this case on May 24, 2004:

1) Plan Documents (Bates No. PD0000001-PD0000133)[1]; and

2) Administrative Record (Bates No. PG000000001-PG000000493).

For the Court's convenience, a chart indicating duplicate documents within the Administrative Record has been compiled and is attached hereto, as Plaintiff determined that she did not want to remove duplicate pages from the Administrative Record at this time. (Tab A)

Moreover, the documents being filed with this Court are being stamped confidential in accordance with the Stipulated Protective Order, as follows:

---

[1] It should be noted that Plaintiff disputes whether the Plan Documents provided by Defendants are all of the documents that pertain to the adjudication of this ERISA benefits claim. Defendants, on the other hand, have indicated to both the Court and Plaintiff's counsel that these are the complete Plan Documents.

DOCUMENTS SUBJECT TO PROTECTIVE ORDER. The enclosed documents are of a confidential and/or proprietary nature. They have been produced in connection with the litigation known as <u>Rebecca Bybee v. The Procter & Gamble Co., et al.</u>, Case No. C-1-01-623, United States District Court Southern District of Ohio Western Division, for use solely in connection with that litigation. Use of the enclosed documents is strictly limited by a Court Order, and use of the documents by anyone in violation of the terms of that Order may result in the imposition of sanctions. The enclosed documents are to be viewed, displayed or revealed only by order or under direction of the Court.

Respectfully Submitted,

John E. Jevicky, Esq. (0012702)
Jennifer M. Orr, Esq. (0069594)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8200
*Trial Attorneys for Defendants*

Carl E. Grayson, Esq.      (via tele.
7801 U.S. 42                consent
Florence, KY 41042          6/2/04)
(859) 283-9990
*Trial Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been forwarded via facsimile, this **2nd** day of June, 2004, to the following:

Carl E. Grayson, Esq.
7801 U.S. 42
Florence, KY 41042
(859) 283-9990
*Trial Attorney for Plaintiff*