RECORD OF DUPLICATES FOR P&G ERISA CASE
ADMINISTRATIVE RECORD

| Document # | Duplicate of… |
|---|---|
| PG000000058 | PG…49 |
| PG96 | PG18 |
| PG101 - PG103 | PG20 - PG 22 |
| PG104 - PG 105 | PG36 - PG 37 |
| PG106 | PG23 |
| PG107 | PG28 |
| PG108 | PG25 |
| PG109 - PG 110 | PG26 - PG 27 |
| PG111 - PG 112 | PG29 - PG 30 |
| PG113 - PG 114 | PG 31 - PG 32 |
| PG120 | PG38 |
| PG121 | PG39 |
| PG122 | PG40 |
| PG123 | PG33 |
| PG124 | PG34 |
| PG125 | PG35 |
| PG133 | PG24 |
| PG144-PG145 | PG45-PG46 |
| PG146-PG147 | PG52-PG53 |
| PG148 | PG54 |
| PG149 | PG44 |
| PG150 | PG43 |
| PG151 | PG64 |
| PG152 | PG65 |
| PG153 | PG42 |
| PG156 | PG11 |
| PG165 | PG95 |
| PG166 | PG94 |
| PG167 | PG92 |
| PG168 | PG93 |
| PG169 | PG47 |
| PG170 | PG48 |
| PG171 | PG75 |
| PG172 | PG76 |
| PG173 | PG77 |
| PG174 | PG69 |
| PG175 | PG68 |
| PG176 | PG66 |
| PG177 | PG67 |

| | |
|---|---|
| PG178 | PG72 |
| PG179 | PG73 |
| PG180 | PG74 |
| PG181 | PG70 |
| PG182 | PG71 |
| PG183 | PG64 |
| PG184 | PG65 |
| PG185 | PG58 |
| PG186 | PG44 |
| PG187-PG188 | PG52-PG53 |
| PG189-PG190 | PG45-PG46 |
| PG191 | PG57 |
| PG192 | PG55 |
| PG193 | PG54 |
| PG194 | PG83 |
| PG195 | PG84 |
| PG196 | PG85 |
| PG197 | PG86 |
| PG198 | PG87 |
| PG199 | PG88 |
| PG200 | PG81 |
| PG201 | PG79 |
| PG202 | PG80 |
| PG203 | PG82 |
| PG204 | PG47 |
| PG205 | PG48 |
| PG206 | PG61 |
| PG207 | PG62 |
| PG210 | PG44 |
| PG211 | PG45-PG46 |
| PG214-PG215 | PG52-PG53 |
| PG216 | PG43 |
| PG220 | PG25 |
| PG222-PG223 | PG26-PG27 |
| PG224-PG225 | PG131-132 |
| PG226 | PG24 |
| PG227-PG228 | PG26-PG27 |
| PG229-PG230 | PG29-PG30 |
| PG231 | PG219 |
| PG232 | PG25 |
| PG233 | PG92 |
| PG234-PG235 | PG26-PG27 |

| | |
|---|---|
| PG236-PG237 | PG131-132 |
| PG238 | PG24 |
| PG239-PG240 | PG26-PG27 |
| PG241-PG242 | PG29-PG30 |
| PG243 | PG218 |
| PG270 | PG47 |
| PG382 | PG64 |
| PG383 | PG65 |
| PG384 | PG49 |
| PG387 | PG142 |
| PG388 | PG143 |
| PG389-PG390 | PG45-PG46 |
| PG391-PG392 | PG52-PG53 |
| PG393 | PG59 |
| PG394 | PG44 |
| PG395 | PG43 |
| PG396 | PG64 |
| PG397 | PG65 |
| PG398 | PG42 |
| PG399 | PG154 |
| PG400 | PG155 |
| PG401 | PG11 |
| PG402 | PG57 |
| PG403 | PG49 |
| PG404 | PG55 |
| PG405 | PG47 |
| PG406 | PG48 |
| PG407 | PG385 |
| PG408 | PG61 |
| PG409 | PG62 |
| PG410 | PG208 |
| PG416-417 | PG146-147 |
| PG419 | PG95 |
| PG420 | PG94 |
| PG421 | PG92 |
| PG422 | PG93 |
| PG423 | PG47 |
| PG424 | PG48 |
| PG425 | PG75 |
| PG426 | PG76 |
| PG427 | PG77 |
| PG428 | PG69 |

| | |
|---|---|
| PG429 | PG68 |
| PG430 | PG66 |
| PG431 | PG67 |
| PG432 | PG72 |
| PG433 | PG73 |
| PG434 | PG74 |
| PG435 | PG70 |
| PG436 | PG80 |
| PG437 | PG79 |
| PG438 | PG81 |
| PG439 | PG88 |
| PG440 | PG87 |
| PG441 | PG86 |
| PG442 | PG85 |
| PG443 | PG84 |
| PG444 | PG83 |
| PG445 | PG82 |
| PG447-PG448 | PG45-PG46 |
| PG449-PG450 | PG52-PG53 |
| PG451 | PG59 |
| PG452 | PG44 |
| PG453 | PG43 |
| PG454 | PG64 |
| PG455 | PG65 |
| PG457 | PG394 |
| PG458-PG459 | PG52-PG53 |
| PG460-PG461 | PG45-PG46 |
| PG462 | PG57 |
| PG463 | PG49 |
| PG464 | PG55 |
| PG465 | PG59 |
| PG466 | PG83 |
| PG467 | PG84 |
| PG468 | PG85 |
| PG469 | PG86 |
| PG470 | PG87 |
| PG471 | PG88 |
| PG472 | PG81 |
| PG473 | PG79 |
| PG474 | PG80 |
| PG475 | PG82 |
| PG476 | PG47 |

PG477
PG478
PG479
PG480
PG481

PG48
PG61
PG62
PG208
PG411