UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - HEARING**

REBECCA BYBEE
    v.　　　　　　　　　　　　　　　CIVIL ACTION: C-1-01-623
PROCTER & GAMBLE CO.

------------------------------------------------------------------------------------------------------------------------

COURT PERSONNEL PRESENT:

HONORABLE <u>HERMAN J. WEBER</u>

Law Clerk <u>Laura Ahern</u>

Court Reporter <u>Julie A. Wolfer Official)</u>

Courtroom Deputy <u>Betsi Brockmeier</u>

DATE: Wednesday, June 23, 2004
TIME: 1:30 p.m. - 3:15 p.m.

PRESENT:

FOR PLAINTIFF: Carl F. Grayson
FOR DEFENDANT: Jennifer M. Orr

**DOCKET ENTRY**:

Case called before J. Weber for hearing on the Administrative Record. **Oral Argument of Counsel. Plaintiff's request for additional limited discovery is GRANTED**. Order to issue.

Witness: Jennifer Ting


J:\DOCUMENT\KAREN\CIVIL\HEARINGS\01-623.wpd