UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBECCA BYBEE,

        Plaintiff,

    v.                                             C-1-01-623

PROCTER & GAMBLE COMPANY,

        Defendant.

## ORDER

    Pursuant to the record established at the hearing held on June 23, 2004, plaintiff's request for additional discovery is granted for the limited purpose of determining the contents of the Plan Document. Defendant shall have **30 days** from the date of this Order to designate an individual with information pertinent to this particular issue who may be deposed on defendant's behalf in accordance with Fed. R. Civ. P. 30(b)(6). The parties shall complete the deposition as soon as practicable following defendant's designation.

    **IT IS SO ORDERED.**

                                                      S/ Herman J. Weber
                                                          HERMAN J. WEBER
                                        SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-623disc.wpd