IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**REBECCA BYBEE**

        **Plaintiff**

   **v.**

**THE PROCTER & GAMBLE COMPANY, ET AL.**

        **Defendants**

Case No. C-1-01-623

Judge Weber

Magistrate Judge Hogan

## NOTICE OF DEPOSITION

Please take notice that the Plaintiff, by and through counsel, pursuant to Civil Rule 30.02(6), will take the deposition of a Proctor & Gamble representative, at the place and time indicated below. Pursuant to that rule, Proctor & Gamble, is instructed to designate one or more officers, directors, managing agents or other persons to produce and testify regarding all information set forth below. Said deposition shall be filed and read as evidence on behalf of the Plaintiff in this proceeding, or for any other purpose under the Rules of Civil Procedure, and shall continue to be taken day to day until completed. This deposition will be stenographically recorded.

    ADDRESS:    Droder & Miller
                              125 West Central Parkway
                              Cincinnati, OH  45202

    DATE:           Friday, August 13, 2004

    TIME:           10:00 a.m.

/s/ Carl E. Grayson
Carl E. Grayson, Esq. (0067904)
Sutton, Hicks, Lucas, Grayson & Braden, PLC
130 Dudley Road, Suite 250
Edgewood, KY 41017
(859) 331-8883
*Trial Attorney for Plaintiff, Rebecca Bybee.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Compel Discovery has been sent by regular U.S. mail this  27th   day of July, 2004 to the following individuals:

John E. Jevicky, Esq.
Jennifer M. Orr, Esq.
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8200
*Trial Attorneys for Defendants The Procter & Gamble Company,*
*The Procter & Gamble Company Health Care Plan,*
*The Procter & Gamble Benefit Plan Trust, and W.J. O'Neill.*

/s/ Carl E. Grayson