IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**REBECCA BYBEE**

          **Plaintiff**

  v.

**THE PROCTER & GAMBLE COMPANY, ET AL.**

          **Defendants**

Case No. C-1-01-623

Judge Weber

Magistrate Judge Hogan

## MOTION TO SUPPLEMENT RECORD

Comes the Plaintiff, by and through counsel, and hereby moves to supplement the Administrative Record with the attached audio tape and transcript of the telephone message from an employee of Defendant, the Proctor & Gamble Co., named Heather, regarding Plaintiff's health care benefits. (See Affidavit of Rebecca Bybee, attached hereto as Exhibit A.) The transcript is of the taped message identified in a three page letter written by Plaintiff, dated November 18, 1996, in reference to a phone call received from the Proctor & Gamble Co.; this document begins in the Administrative Record at PG000000020, with the reference in the Administrative Record at PG000000022.

                                          Respectfully submitted,

                                          /s/ Carl E. Grayson
                                          Carl E. Grayson    (0067904)
                                          Sutton, Hicks, Lucas, Grayson & Braden, PLC
                                          130 Dudley Road, Suite 250
                                          Edgewood, Kentucky 41017
                                          (859) 331-8883

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was mailed, postage pre-paid, on this the <u>14th</u> day of September, 2004, to Jennifer M. Orr, Esq., Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202, (513) 977-8200.

                                              /s/ Carl E. Grayson
                                              Carl. E. Grayson