IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**REBECCA BYBEE**

        **Plaintiff**

v.

**THE PROCTER & GAMBLE COMPANY, ET AL.**

        **Defendants**

Case No. C-1-01-623

Judge Weber

Magistrate Judge Hogan

### AFFIDAVIT OF REBECCA BYBEE

Comes the Affiant, Rebecca Bybee, and after being first duly cautioned and sworn, states as follows:

1. I have personal knowledge of the facts stated herein, am at least eighteen (18) years of age, am competent to testify, and am aware of my duty to testify truthfully.

2. I have listened to the taped conversation and have reviewed the transcript thereto.

3. I do hereby acknowledge that this tape is a true and accurate version of the conversation between myself and an employee of the Proctor & Gamble Co., who identified herself as Heather.

Further Affiant saith naught.

_____
Rebecca Bybee

COMMONWEALTH OF ~~KENTUCKY~~ Ohio

COUNTY OF ~~KENTON~~ Clermont

    Subscribed and sworn before me by Rebecca Bybee on this ___ th day of August, 2004.

                                                      _____
                                                 AMY M. KAISER
                              Notary Public, State at Large   Notary Public, State of Ohio
                              Commission Exp. _____   My Commission Expires Mar 3, 2009