1    HEATHER:    ....you know, your co-pays. Basically we're paying these amounts, but
2    you can be billed for the remaining balance. Unfortunately that's just - that's how P&G's
3    benefit is set up. They go on the eligible expenses and that's what that usual and customary rate
4    is. I know this is confusing, I'm sure you'll probably call me back. You have our number. Call
5    me back. My name is Heather, or if you like, you can speak to my supervisor or call Concern.
6    But basically that's where we're arriving at those weird numbers - when we were talking about it
7    yesterday, the really odd numbers. That's what we're paying for. Really the only ones that are
8    completed right now are February and June. We're waiting on Majestic Ranch for April and
9    May. The March one I already sent down to get it released and the July is just so new in the
10   system that they're still working on processing that. So, if you have questions just give us a call
11   back. I'll be more than happy to answer them or let you talk to one of my supervisors. Okay.
12   Thanks a lot. Bye, bye.
13                                              [END RECORDING]
14
15
16
17
18
19
20
21
22
23