IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**REBECCA BYBEE**

        **Plaintiff**

v.

**THE PROCTER & GAMBLE COMPANY, ET AL.**

        **Defendants**

Case No. C-1-01-623

Judge Weber

Magistrate Judge Hogan

### NOTICE OF MANUAL FILING OF ATTACHMENT TO PLAINTIFF'S MOTION TO SUPPLEMENT RECORD

Comes the Plaintiff, by and through counsel, and hereby gives notices that an audio tape in support of Plaintiff's Motion to Supplement Record, and referred to in said Motion as a part of Exhibit A, has been filed manually with the Clerk in this matter.

Respectfully submitted,

  /s/ Carl E. Grayson
Carl E. Grayson        (0067904)
Sutton, Hicks, Lucas, Grayson & Braden, PLC
130 Dudley Road, Suite 250
Edgewood, Kentucky 41017
(859) 331-8883

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage pre-paid, on this the <u>14th</u> day of September, 2004, to Jennifer M. Orr, Esq., Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202, (513) 977-8200.

  /s/ Carl E. Grayson
Carl. E. Grayson