IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**REBECCA BYBEE**

        Case No. C-1-01-623

    **Plaintiff**

        Judge Weber

v.

        Magistrate Judge Hogan

**THE PROCTER & GAMBLE COMPANY, ET AL.**

    **Defendants**

---

### NOTICE OF FILING OF DEPOSITION

---

Comes the Plaintiff, by and through counsel, and hereby gives notice of filing of the attached original deposition transcript of Gerald Domis.

    Respectfully submitted,

    _/s/ Carl E. Grayson_
    Carl E. Grayson    (0067904)
    Sutton, Hicks, Lucas, Grayson & Braden, PLC
    130 Dudley Road, Suite 250
    Edgewood, Kentucky 41017
    (859) 331-8883

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage pre-paid, on this the 29th day of September, 2004, to Jennifer M. Orr, Esq., Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202, (513) 977-8200.

    _/s/ Carl E. Grayson_
    Carl. E. Grayson