UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBECCA BYBEE,

        Plaintiff,

v.                                                                                 C-1-01-623

PROCTER & GAMBLE COMPANY,

        Defendant.

## ORDER

      This matter is before the Court upon plaintiff's motion to supplement the Administrative Record which has been filed with the Court (doc. 54). Plaintiff seeks to include in the record a transcript of an audio tape and the audio tape itself. The audio tape was allegedly attached to a letter written by plaintiff which is contained in the Administrative Record. The tape has not been submitted to the Court. The Court's review is limited to the Administrative Record and Plan Document, and it is necessary that the complete relevant record be submitted to the Court. As the tape was part of the Administrative Record, it is appropriate that the omission from the record be corrected and that the audio tape be provided to the Court. The motion to supplement the Administrative Record is therefore **GRANTED.**

A status/scheduling conference will be held in this matter on **Friday, November 5, 2004 at 2:30 p.m.**

**IT IS SO ORDERED.**

                                               S/ Herman J. Weber
                                                    HERMAN J. WEBER
                                       SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-623suppl.wpd