UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**STATUS CONFERENCE**

BYBEE,

v                                                                Civil: C-01-623

P&G,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer  (Official)

Law Clerk: L. Ahern

Courtroom Deputy: Darlene Maury

-------------------------------------------------------------------------------------------------------
**Appearances:** C. Grayson for Pltf; J. Mitchell for Deft.

Case called for a Status Conference.  Conference held in Chambers. Briefing schedule established.  Order to issue.

Date: November 5, 2004
TIME: 2:30 p.m.. - 2:45 p.m.