IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBECCA BYBEE,                        :     Case No.: C-1-01-623

        Plaintiff,              :     (Senior Judge Herman J. Weber)

v.                                  :

PROCTER & GAMBLE,
         Defendant            :

**ORDER**

Pursuant to the record established at the Conference held on November 5, 2004 the following schedule is hereby established:

Cross Motions for Judgment on the Pleadings shall be filed by January 14, 2005. With the filing of a dispositive motion, the movant shall file **ELECTRONICALLY** with the Court, ***deliver a courtesy copy to Chambers*** and serve upon opposing counsel Proposed Findings of Fact and Conclusions of Law supporting movant's request for relief.  By February 15, 2005, opposing counsel shall file with the Court and serve with its Response to the dispositive motion a copy of movant's Proposed Findings of Facts and Conclusions of Law highlighted/underlined in the following manner:

a)  Highlight/underline in **BLUE** those Findings of Fact which are true;

 b)  Highlight/underline in **YELLOW** those Findings of Fact which are true but irrelevant or unimportant;

 c)  Highlight/underline in **RED** those Findings of Fact which are not true; and

d)  Highlight/underline in **RED** any misstatement of law contained in the Conclusions of Law.

Parties are advised that this matter is SCHEDULED for a Hearing on Monday,

March 7, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**


                                      _____s/Herman J. Weber_____
                                        Herman J. Weber, Senior Judge
                                        United States District Court

*Rev.5/01*