UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION HEARING**

BYBEE

v                                                                    Civil: C-01-623

P&G


Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>

Court Reporter <u>J. Wolfer  (Official)</u>

<u>Law Clerk: L. Ahern</u>

<u>Courtroom Deputy: Darlene Maury</u>

 --------------------------------------------------------------------------------------------------------
**Appearances:** C. Grayson for Pltf; J. Mitchell ad J. Jevicky for Defense.

Case called for a Motion Hearing.  Oral arguments of counsel. Testimony presented. Defense Exhibits reviewed. Hearing recessed until 10:30 a.m. on 3/10/05.

Witnesses: Gerald Domis




Date: Wednesday, March 9, 2005
TIME: 1:30 p.m.. - 5:00 p.m.