UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION HEARING**

BYBEE

v                                                            Civil: C-01-623

P&G


Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>

<u>Court Reporter J. Wolfer  (Official)</u>

<u>Law Clerk: L. Ahern</u>

<u>Courtroom Deputy: Darlene Maury</u>

 -------------------------------------------------------------------------------------------------------
**Appearances:** C. Grayson for Pltf; J. Mitchell ad J. Jevicky for Defense.

Case called for a Motion Hearing/Day 2.  Oral arguments of counsel. Exhibits reviewed. Motion for Sanctions Denied. The Court's Findings stated for the record. Defendants Request for attys fees withdrawn.  Order to issue.


Date: Thursday, March 10, 2005
TIME: 10:30 a.m.. - 12:25 p.m.