UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBECCA BYBEE,

        Plaintiff,

    v.                                     C-1-01-623

PROCTER & GAMBLE COMPANY,

        Defendant.

## ORDER

This matter is before the Court upon plaintiff Rebecca Bybee's motion for judgment on the pleadings and for sanctions (doc. 62) and defendant Procter & Gamble's motion for judgment on the pleadings or, in the alternative, motion for entry of judgment on the merits (doc. 64). A hearing on the motions was held on March 9 and 10, 2005. Pursuant to the record established at the hearing and the statements made into the record, plaintiff's motion for judgment on the pleadings and for sanctions is **DENIED**. Defendant's motion for entry of judgment on the merits is **GRANTED,** and the decision of the Administrator is **AFFIRMED.** Defendant has withdrawn its request for attorney fees, and there will be no award of attorney fees in the case. This case is **DISMISSED** and is **TERMINATED** on the docket of the Court.

    **IT IS SO ORDERED.**

                                        S/ Herman J. Weber
                                              HERMAN J. WEBER
                          SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-623ord.wpd