**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**REBECCA BYBEE,**

    **Plaintiff,**

-vs-                                      Case No.    C-1-01-623

**PROCTER & GAMBLE CO.,**

    **Defendant,**

_____

**JUDGMENT IN A CIVIL CASE**

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  x    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The decision of the Administrator is Affirmed. This case is Dismissed and Terminated on the docket of this Court.

Date:   March 11, 2005                                  JAMES BONINI., CLERK

                                                            By:s/   Darlene Maury
                                                             Darlene Maury, Deputy Clerk