IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BYBEE

V

                                          CIVIL ACTION: C-1-01-623

P&G                                    JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of Exhibits/Depositions submitted on behalf of my client in the above styled case.

_____6/20/06_____                                                            _____
    Date                                                                          Defendant's Counsel